# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BEATRIZ ADRIANA SANCHEZ,<br><br>　　　　　　Defendant. | Criminal Case No. 20cr2747-LAB<br><br>I N F O R M A T I O N<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States (Felony)<br>18 U.S.C. § 2<br>Aiding and Abetting |

The United States Attorney charges:

## COUNT 1

On or about July 24, 2020, within the Southern District of California, defendant BEATRIZ ADRIANA SANCHEZ did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, 6 one-liter bottles of "Metaldane 600," 5 one-liter bottles of "Qufuran," 2 one-liter bottles of "Coragen," and 7 boxes containing approximately 120 assorted articles of clothing, in violation of Title 18, United States Code, Sections 545 and 2.

DATED: September 8, 2020

　　　　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*Melanie K. Pierson*
　　　　　　　　　　　　　　　　　　MELANIE K. PIERSON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney