|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE LARRY A. BURNS**

| UNITED STATES OF AMERICA, | ) Criminal No.  20CR2747-LAB-1 |
| --- | --- |
| Plaintiff, | ) |
|  | ) ORDER APPROVING |
| v. | ) CONTINUANCE OF MOTION |
|  | ) HEARING CURRENTLY SET FOR |
| BEATRIZ ADRIANA SANCHEZ  (1), | ) OCTOBER 19, 2020 AT 2:00 P.M. |
|  | ) AND RESETTING THE MOTION |
| Defendant. | ) HEARING FOR NOVEMBER 2, 2020 |
|  | ) AT 2:00 P.M. |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the motion hearing currently set for OCTOBER 19, 2020 at 2:00 p.m. in this Court is continued and reset for NOVEMBER 2, 2020 at 2:00 p.m. in this Court.

**IT IS HEREBY ORDERED** that time is excluded under the Speedy Trial Act up to and including NOVEBMER 2, 2020.

**IT IS SO ORDERED.**

Dated: 10/15/2020

*[signature: Larry A. Burns]*

**HON. LARRY A. BURNS**
Chief United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING

1

20 CR 2747-LAB-1