UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr2747-LAB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | (Superseding) |
| BEATRIZ SANCHEZ, | 18 U.S.C. § 371 Conspiracy (Misdemeanor) |
| Defendant. | |

The United States Attorney charges:

COUNT 1

Beginning on or about a date unknown and continuing up to and including on or about July 24, 2020, within the Southern District of California, defendant BEATRIZ SANCHEZ, did knowingly and willfully conspire with others to commit offenses against the laws of the United States, to wit: (a) being a person in charge of a vehicle, did intentionally fail to comply with Section 1433 of Title 19 of the United States Code, by failing to present the vehicle and all merchandise on board for inspection, in violation of Title 19, United States Code,

Sections 1433(b)(2)(B) and 1436(a)(1) and (c); and, (b) to knowingly distribute a pesticide not registered under section 136a of Title 7 of the United States Code, in violation of Title 7, United States Code, Sections 136j(a)(1)(A) and 136l(b)(2);

In furtherance of said conspiracy, the following overt act, among others, was committed within the Southern District of California:

1. On or about July 24, 2020, defendant BEATRIZ SANCHEZ drove a vehicle into the United States from Mexico that contained 13 bottles of undeclared Mexican pesticides, including 6 one-liter bottles of "Metaldane 600", 5 one-liter bottles of "Qufuran," and 2 one-liter bottles of "Coragen."

All in violation of Title 18, United States Code, Section 371, a misdemeanor.

DATED: October 28, 2020.

ROBERT S. BREWER, JR.
United States Attorney

*Melanie K Pierson*
MELANIE K. PIERSON
Assistant U.S. Attorney

2